A. P. HOLLAND and others v. S. W. ISLER and others.

*Taxation--Municipal Power.*

The Commissioners of Goldsboro have the right, under the power granted in the town charter, to impose and collect a monthly tax on resident physicians and lawyers.

CONTROVERSY, submitted without action under C. C. P. § 315, and heard at Fall Term, 1876, of WAYNE Superior Court, before *Seymour, J.*

The plaintiffs are the Mayor, Commissioners and Tax-Collector of the Town of Goldsboro.

The defendants are lawyers and physicians residing in said Town, and resisted the payment of a monthly tax assessed by the plaintiffs under the power granted in the charter of said Town.

His Honor held that plaintiffs had a right to impose and collect the said tax. Judgment. Appeal by defendants.

*Mr. W. N. H. Smith*, for plaintiffs.
*Mr. S. W. Isler*, for defendants.

READE, J. The Constitution provides that "the General Assembly may tax trades, professions, &c.," Art. V. § 3. The General Assembly has authorized the Town of Goldsboro "to lay and collect a monthly tax on lawyers, physicians &c.," Private Laws, 1866.

The defendants are lawyers and physicians in the Town of Goldsboro, and the Town has laid a tax upon them which they refuse to pay. This would seem to make a clear case against the defendants.

There is no error.

PER CURIAM.                                    Judgment affirmed.